# United States District Court

WESTERN DISTRICT OF WASHINGTON

TONY WRIGHT

       v.

SANDRA CARTER, et al.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5351FDB

\_\_\_\_    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1. The Court adopts the Report and Recommendation.

2. Defendant's motion to dismiss (Dkt #11) is GRANTED and Plaintiff's Complaint (Dkt #5) is DISMISSED WITH PREJUDICE.

December 21, 2007

BRUCE RIFKIN
Clerk

s/ D. Forbes
By, Deputy Clerk